UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 22 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SKYE ORTHOBIOLOGICS, LLC and HUMAN REGENERATIVE TECHNOLOGIES, LLC,

Plaintiffs - Appellees,

v.

BRYAN BANMAN,

Defendant - Appellant.

No. 24-5579

D.C. No.
2:20-cv-03444-MEMF-PVC
Central District of California,
Los Angeles

ORDER

The motion (Docket Entry No. 11) for voluntary dismissal is granted. *See* Fed. R. App. P. 42(b).

This case is dismissed.

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT